1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CAIN A. GONZALES,

               Plaintiff,

    v.

CITY OF CLOVIS, et al.,

               Defendants.

CASE No. 1:17-cv-00282-LJO-MJS (PC)

**ORDER DENYING, WITHOUT PREJUDICE, MOTION TO PROCEED IN FORMA PAUPERIS**

**(ECF NO. 2)**

Plaintiff Cain A. Gonzales has filed this civil rights action pursuant to 42 U.S.C. § 1983. Before the Court is a February 27, 2017 motion to proceed in forma pauperis filed by an individual named Tara Jones.

Ms. Jones is not a party to this action. Her application to proceed in forma pauperis, representing her own financial circumstances, has no bearing on Plaintiff's ability to proceed in forma pauperis in this action. Furthermore, Ms. Jones does not appear to be an attorney, and thus is prohibited from representing Plaintiff in this action or appearing on his behalf. C.E. Pope Equity Trust v. United States, 818 F.2d 696, 697 (9th Cir.1987) (holding that a pro se litigant may not appear as an attorney for others); Welch v. Terhune, 11 F. App'x 747, 747 (9th Cir. 2001) (same).

Based on the foregoing, it is HEREBY ORDERED that:

1.        The motion to proceed in forma pauperis is HEREBY DENIED

1

without prejudice to Plaintiff filing a motion on his own behalf;

2.      The Clerk's Office shall send plaintiff a regular civil in forma pauperis application;

3.      Within **thirty (30) days** from the date of service of this order, Plaintiff shall either file a completed regular civil in forma pauperis application or pay the $400.00 filing fee in full.

If Plaintiff fails to obey this order, the undersigned will recommend dismissal of this action.

IT IS SO ORDERED.

Dated:   March 7, 2017                          /s/ *Michael J. Seng*
                                                UNITED STATES MAGISTRATE JUDGE

2