UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAIN A. GONZALES, | CASE NO. 1:17-cv-00282-LJO-MJS |
| Plaintiff, | **ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS** |
| v. | **(ECF NO. 9)** |
| CITY OF CLOVIS, et al., | |
| Defendants. | **CLERK TO TERMINATE MOTIONS AND CLOSE CASE** |

This action was initiated on February 27, 2017 with the filing of what appears to be a civil rights complaint brought pursuant to 42 U.S.C. § 1983. (ECF No. 1.) On June 9, 2017, the action was dismissed without prejudice based on Plaintiff's failure to file an application to proceed in forma pauperis or pay the filing fee and his failure to file a signed complaint, as he was ordered to do on March 9, 2017. (ECF No. 7.)

Before the Court is Plaintiff's June 12, 2017 motion to proceed in forma pauperis. (ECF No. 9.) As the action is now closed, the motion to proceed in forma pauperis is HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated:     June 22, 2017          /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE