UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAIN A. GONZALES,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF CLOVIS, et al.,<br><br>    Defendants. | CASE NO. 1:17-cv-00282-LJO-MJS<br><br>**ORDER REGARDING DOCUMENTS SUBMITTED BY PLAINTIFF** |

This action was initiated on February 27, 2017 with the filing of what appears to be a civil rights complaint brought pursuant to 42 U.S.C. § 1983. (ECF No. 1.) On June 9, 2017, the action was dismissed without prejudice based on Plaintiff's failure to file an application to proceed in forma pauperis or pay the filing fee and his failure to file a signed complaint, as he was ordered to do on March 9, 2017. (ECF No. 7.)

On June 12, 2017, Plaintiff submitted to the Court a stack of documents approximately two inches thick. The documents appear to contain several complaints signed by various individuals and numerous exhibits, including original documents and photographs. The documents are assembled haphazardly and the Court is unable to discern the purpose of the exhibits. The Court cannot and will not serve as a repository for Plaintiff's evidence, particularly since this case has been closed.

| | |
|---|---|
| 1 | The matter is closed and Plaintiff's documents will not be filed. The Clerk of Court |
| 2 | is HEREBY DIRECTED to return the documents to Plaintiff at the address provided on |
| 3 | the documents, 2619 N. Hayes Ave., Fresno CA 93732. His claims were dismissed |
| 4 | without prejudice, so Plaintiff may pursue them in a new and separate action if he so |
| 5 | chooses. |
| 7 | IT IS SO ORDERED. |
| 8 | Dated: July 2, 2017 /s/ *Michael J. Seng* |
| 9 | UNITED STATES MAGISTRATE JUDGE |